STEVEN G. KALAR
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant SODERLING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11 - 00530 CRB (JSC) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE: TRAVEL** |
| vs. | ) | |
| | ) | |
| JAY SODERLING, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant Jay Soderling would like to travel from the Northern District of California to Idaho and Utah to visit with his children over the Christmas break.  He would be traveling from  December 28, 2012 until January 2, 2013.  The Government has no objection to this request, provided Pretrial Services approves the travel.   Undersigned defense counsel has contacted Pretrial Services officer K.J. Gibson who has no objection, provided Mr. Soderling provides Pretrial Services with his travel plans including addresses where he will be staying. The Court should be aware that it has approved similar travel five times in the past for Mr. Soderling.

The defendant therefore submits this stipulation and requests the Court sign the proposed order.

1

IT IS SO STIPULATED:

Date:   December  21, 2012                                    _____/s/_____
                                                              Geoffrey A. Hansen
                                                              Chief Assistant Federal Public Defender


Date:   December  21, 2012                                    _____/s/_____
                                                              Cynthia Stier
                                                              Assistant United States Attorney


## [PROPOSED] ORDER

The defendant may travel outside the district from December 28, 2012 until January 2, 2013, provided he submits his travel plans to Pretrial Services and it approves those plans.  IT IS SO ORDERED.

Date: December 21, 2012                                       _____
                                                              Jacqueline Scott Corely
                                                              United States Magistrate Judge

2