UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,                 )     Case No. CR  11 - 0530 - CRB
                                          )
            Plaintiff,                    )     STIPULATED ORDER EXCLUDING TIME
        v.                                )     UNDER THE SPEEDY TRIAL ACT
                                          )                                 **FILED**
JAY SCOTT SODERLING                       )
JESSICA LYNN SODERLING                    )                                 SEP 23 2014
                                          )
            Defendant.                    )     RICHARD W. WIEKING
                                                CLERK U.S. DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on  **Sept. 23**  , 2014, the Court excludes time under the
Speedy Trial Act from  **Sept. 23**  , 2014 to  **Sept. 29**  , 2014 and finds that the ends of justice served
by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

✓      Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____   The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of
        defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact
        or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
        itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____   Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
        taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____   Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
        counsel's other scheduled case commitments, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓      Failure to grant a continuance would unreasonably deny the defendant the reasonable time
        necessary for effective preparation, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED:  9/23/2014


                                          _____
                                          JOSEPH C. SPERO
                                          United States Magistrate Judge

STIPULATED: _____        _____
            Attorney for Defendant         Assistant United States Attorney
              Jay Soderling


            _____
            Attorney for Defendant
              Jessica Soderling