MELINDA HAAG
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorneys, Tax Division
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:      (408) 535-5081
michael.g.pitman@usdoj.gov
colin.sampson@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Case No. 3:11-cr-00530-VC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 19, 2015 TO OCTOBER 26, 2015 |
| v. | |
| Jay Scott Soderling & Jessica Lynn Soderling, | |
| Defendants, | |

    Defendant Jay Scott Soderling, Defendant Jessica Lynn Soderling, and the United States of America, by and through undersigned counsel, appeared before the Court on August 19, 2015 for a motions hearing.  The matter was re-set for trial on October 26, 2015.  The parties respectfully request that time be excluded under the Speedy Trial Act between August 19, 2015 and October 26, 2015 for the reasons set forth in Defendant Jessica Lynn Soderling's Motion to Continue Jury Trial, filed on August 17, 2015 (Doc. # 99), and to allow defense counsel to review discovery and to prepare for trial.

    Accordingly, Defendant Jay Scott Soderling, Defendant Jessica Lynn Soderling, and the United States of America hereby STIPULATE and AGREE that time under the Speedy Trial Act be excluded from August 19, 2015 and October 26, 2015 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to

1  allow for effective preparation of counsel, taking into account the exercise of due diligence.

2

3  Respectfully submitted this 24th day of August, 2015,

MELINDA HAAG
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
COLIN C. SAMPSON
Assistant United States Attorneys, Tax Division

Attorneys for United States of America


s/ George C. Boisseau
GEORGE CLAUDE BOISSEAU
740 4th Street, Second Floor
Santa Rosa, CA 95404
boisseaugc@msn.com

Attorney for Defendant Jay Scott Soderling,


s/ Dena M. Young
DENA MARIE YOUNG
Law Offices of Dena Marie Young
740 4th Street, Second Floor
Santa Rosa, CA 95404
dmyounglaw@gmail.com

Attorney for Defendant Jessica Lynn Soderling


## [PROPOSED] ORDER

Pursuant to the Stipulation of Defendant Jay Scott Soderling, Defendant Jessica Lynn Soderling, and the United States of America, the representations of counsel, and for good cause shown, the Court finds that failing to exclude the time between August 19, 2015 and October 26, 2015 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 19, 2015 and October 26, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the Defendants in a speedy trial.

1  Therefore, IT IS HEREBY ORDERED that the time between August 19, 2015 and October 26, 2015

2  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

4  SO ORDERED this __25th__ day of __August__, 2015.

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE